IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BORIS SHUGAL,

    Plaintiff,

vs.

COLONIAL ASSISTED LIVING
AT FORT LAUDERDALE, LLC,
a Florida Limited Liability
Company,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, BORIS SHUGAL, sues Defendant, COLONIAL ASSISTED LIVING AT FORT LAUDERDALE, LLC, and shows:

### Introduction

1.    This is an action by BORIS SHUGAL against his former employer for unpaid overtime pursuant to the Fair Labor Standards Act. Plaintiff seeks damages and a reasonable attorney's fee.

### Jurisdiction

2.    This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207. The Court has jurisdiction over the claims pursuant to 29 U.S.C. § 216(b).

3.    The claim arose within the Southern District of Florida, which is where venue is proper.

### Parties and General Allegations

4.    Plaintiff, BORIS SHUGAL, (hereinafter "SHUGAL") a resident of Broward County, Florida, was at all times material, employed by COLONIAL ASSISTED LIVING

AT FORT LAUDERDALE, LLC as a cook, was an employee as defined by 29 U.S.C. § 203 (e), and during his employment with Defendant was engaged in commerce or in the production of goods for commerce within the meaning of 29 U.S.C. § 207(a).

5. Defendant, COLONIAL ASSISTED LIVINGAT FORT LAUDERDALE, LLC (hereinafter, "COLONIAL"), is a Florida Limited Liability Company doing business in Broward County, Florida, and is an enterprise engaged in an industry affecting commerce, is an employer as defined by 29 U.S.C. § 203(d) and (s)(1), in that it has employees engaged in commerce or in the production of goods for commerce, or that has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person; and it is an enterprise whose annual gross volume of sales made or business done is not less than $500,000 (exclusive of excise taxes at the retail level that are separately stated) which has employees subject to the provisions of the FLSA, 29 U.S.C. § 207, in the assisted living facility where SHUGAL was employed.  At all times pertinent to this Complaint, COLONIAL operates as an organization which sells and/or markets its services and/or goods to customers throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and COLONIAL obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do their business, transmit funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

6. Since on or about March 2, 2020, up to and including April 2, 2020, Defendant COLONIAL has willfully violated the provisions of §7 of the Act [29 U.S.C. §207] by employing employees engaged in commerce for workweeks longer than 40 hours without compensating them for their employment in excess of 40 hours at rates not less than one and

one-half times the regular rates at which they were employed: specifically, SHUGAL worked in excess of 40 hours a week every week of his employment, and was not compensated for the work in excess of 40 hours at a rate not less than one and one-half times the regular rate at which he was employed.

7. The failure to pay overtime compensation to SHUGAL is unlawful in that he was not exempted from the overtime provisions of the Act pursuant to the provisions of 29 U.S.C. § 213(a), in that he neither was a bona fide executive, administrative or professional employee.

8. COLONIAL's actions were willful and purposeful as it was well aware of the Fair Labor Standards Act and SHUGAL's status as non-exempt, but chose not to pay him in accordance with the Act.

9. SHUGAL is entitled pursuant to 29 U.S.C. § 216(b), to recover from COLONIAL:

    a. All unpaid overtime that is due;

    b. As liquidated damages, an amount equal to the unpaid overtime owed;

    c. The costs of this action, and;

    d. A reasonable attorney's fee.

WHEREFORE, Plaintiff, BORIS SHUGAL, prays that this court will grant judgment against Defendant COLONIAL:

    a. awarding SHUGAL payment of overtime compensation found by the court to be due to him under the Act;

    b. awarding SHUGAL an additional equal amount as liquidated damages;

    c. awarding SHUGAL his costs, including a reasonable attorney's fee; and

    d. granting such other and further relief as is just.

## Jury Demand

Plaintiff demands trial by jury.

Dated: May 29, 2020
Plantation, Florida

                                        Respectfully submitted,

                                        *s/Robert S. Norell*
                                        Robert S. Norell, Esq. (Fla. Bar No. 996777)
                                        E-Mail: rob@floridawagelaw.com
                                        **ROBERT S. NORELL, P.A.**
                                        300 N.W. 70th Avenue
                                        Suite 305
                                        Plantation, Florida 33317
                                        Telephone: (954) 617-6017
                                        Facsimile: (954) 617-6018
                                        *Counsel for BORIS SHUGAL*