UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-61063-CIV-SINGHAL

BORIS SHUGAL,

    Plaintiff,

v.

COLONIAL ASSISTED LIVING AT FORT LAUDERDALE, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Dismissal (DE [4]), filed June 25, 2020. The Court having reviewed the notice and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED**. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of June 2020.

                                              RAAG SINGHAL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF